IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00438-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     TODD MICHAEL BAILEY-KUJAT,

       Defendant.

## ORDER OF REASSIGNMENT

THIS MATTER comes before the Court *sua sponte*. As a result of this Court's inability to handle this matter in a timely manner due to medical issues and with the approval of Chief Judge Marcia S. Krieger, it is

ORDERED that this case is transferred to the Honorable John L. Kane for all purposes. The Clerk shall effect such reassignment.

                                             BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED: October 3, 2013